DEFENDANT: JOSHUA PAUL JENSEN

AGE or YOB: 1982

COMPLAINT FILED? _____ Yes   \_\_\_X\_\_\_\_ No

If Yes, MAGISTRATE CASE NUMBER

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   \_\_ Yes   X  No
   If No, a new warrant is required

OFFENSE(S):   Count 1: Possession with Intent to Distribute, 50 grams and more of methamphetamine (mixture) - 21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii)
Count 2: Possession with Intent to Distribute, fentanyl (mixture) - 21 U.S.C. § 841(a)(1) and (b)(1)(C)
Count 3: Possession with Intent to Distribute, methamphetamine (mixture) - 21 U.S.C. § 841(a)(1) and (b)(1)(C)
Count 4: Possession with Intent to Distribute, fentanyl (mixture) - 21 U.S.C. § 841(a)(1) and (b)(1)(C)
Count 5: Possession of Firearm and Ammunition by a Prohibited Person - 18 U.S.C. § 922(g)(1)
Count 6: Possession of a Firearm in Furtherance of a Drug Trafficking Crime - 18 U.S.C. § 924(c)(1)(A)(i)

LOCATION OF OFFENSE:   El Paso County, Colorado

PENALTY:   Count 1: NLT 5 years' imprisonment, NMT 40 years' imprisonment; NMT $5,000,000 fine, or both; NLT 4 years' supervised release; $100 special assessment fee
Count 2: NMT 20 years' imprisonment; NMT $1,000,000 fine, or both; NLT 3 years' supervised release; $100 special assessment fee
Count 3: NMT 20 years' imprisonment; NMT $1,000,000 fine, or both; NLT 3 years' supervised release; $100 special assessment fee
Count 4: NMT 20 years' imprisonment; NMT $1,000,000 fine, or both; NLT 3 years' supervised release; $100 special assessment fee
Count 5: NMT 15 years' imprisonment; NMT $250,000 fine, or both; NMT 3 years' supervised release; $100 special assessment fee; if the sentencing enhancement in 18 U.S.C. § 924(e) applies, then NLT 15 years' imprisonment, NMT $250,000 fine, or both; NMT 5

years' supervised release; $100 special assessment fee
<u>Count 6</u>: NLT 5 years' imprisonment, NMT life, consecutive to any other sentence; NMT $250,000 fine or both; NMT 5 years' supervised release; $100 special assessment fee

| | |
|---|---|
| <u>AGENT:</u> | Addison Morgan<br>TFO, ATF |
| <u>AUTHORIZED BY:</u> | Kelly R. Churnet<br>Assistant U.S. Attorney |

<u>ESTIMATED TIME OF TRIAL</u>:

 X   five days or less; ___ over five days

<u>THE GOVERNMENT</u>

 X   will seek detention in this case based on 18 U.S.C. § 3142(f)(1)(C)

The statutory presumption of detention is applicable to this defendant.